UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Janice Elliott,<br><br>      Plaintiff,<br>vs.<br><br>Aetna Life Insurance Company,<br><br>      Defendant. | Case No. 0:21-cv-00421 (MJD/HB) |

## ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Janice Elliott and Defendant Aetna Life Insurance Company filed a Stipulation for Dismissal with Prejudice. [Docket No. 30]  Upon consideration of the Parties' Stipulation for Dismissal with Prejudice, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** in its entirety. Each Party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  December 1, 2021

s/Michael J. Davis
Michael J. Davis
United States District Court